**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE ANADARKO BASIN OIL AND GAS ) | |
| LEASE ANTITRUST LITIGATION            ) | Case No. CIV-16-209-M |
|                                                                  ) | |

## CHESAPEAKE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR AN EXTENSION OF THE CURRENT MAY 31, 2016, DEADLINE TO FILE A CONSOLIDATED COMPLAINT

The Court administratively closed this action on May 20 shortly after SandRidge filed for bankruptcy. As such, plaintiffs' motion for an extension of time to file their consolidated complaint is moot. If and when plaintiffs reopen this action pursuant to the May 20 order after SandRidge emerges from bankruptcy, the timing issues that plaintiffs have raised can be addressed then.

DATED this 17th day of June, 2016.

Respectfully submitted,

By /s/ Timothy J. Bomhoff
Timothy J. Bomhoff, OBA #13172
McAFEE & TAFT, A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson Ave.
Oklahoma City, OK  73102-7103
Phone:  (405) 552-2372
Fax:      (405) 228-7435
Email:  tim.bomhoff@mcafeetaft.com

Bradley S. Keller (admitted *pro hac vice*)
Paul R. Taylor (admitted *pro hac vice*)
BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104

        Phone: (206) 622-2000
        Fax:    (206) 622-2522
        Email: bkeller@byrneskeller.com
               ptaylor@byrneskeller.com
*Attorneys for Defendants Chesapeake Energy Corporation, Chesapeake Exploration, L.L.C. and Chesapeake Exploration, L.P.*

### **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2016, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

                                  /s/ Timothy J. Bomhoff