IN THE DISTRICT COURT OF STEPHENS COUNTY
STATE OF OKLAHOMA

FILED DISTRICT COURT
Stephens County, Okla.

JUN 10 2016

DANA BLEVINS
COURT CLERK

| | |
|---|---|
| WESLEY MALLORY and TOWANDA MALLORY, <br><br> Plaintiffs, <br><br> v. <br><br> CHESAPEAKE ENERGY CORPORATION; CHESAPEAKE EXPLORATION, L.L.C., as successor by merger to CHESAPEAKE EXPLORATION, L.P.; SANDRIDGE ENERGY, INC.; and TOM L. WARD, <br><br> Defendants. | Case No. CJ-2016-63R <br> Judge G. Brent Russell |

## JOURNAL ENTRY

The Chesapeake Defendants' and Defendant Tom Ward's Motions For Stay or Extension of Time to File an Answer or Otherwise Responsive Pleading came before the Court for hearing on June 10, 2016. Appearing for Plaintiffs was Jim Sill. Appearing for Chesapeake Defendants was Timothy J. Bomhoff and Tom Ellis, and appearing for Defendant Tom Ward was George Corbyn. After reviewing all of the filings and hearing oral arguments, Defendants' Motions are GRANTED IN PART. It is hereby ordered that this case is stayed in its entirety pending further order of the Court. The parties shall report to the court by September 10, 2016, regarding 2016 at _____ o'clock to discuss the status of the SandRidge Energy, Inc. Bankruptcy, *In re SandRidge Energy, Inc.*, Case No. 16-32488 in the United States Bankruptcy Court for the Southern District of Texas and the federal litigation, *In re Anadarko Basin Oil and Gas Lease Antitrust Litigation*, Case No. CIV-16-209-M in the United States District Court for the Western District of Oklahoma,

EXHIBIT 1

IT IS SO ORDERED this 10th day of June, 2016.

_____
G. Brent Russell
Judge of the District Court

Approved by:

_____
James D. Sill
Tara T. Tabatabaie
SILL LAW GROUP, PLLC
14005 N. Eastern Ave.
Edmond, Oklahoma 73013
**ATTORNEYS FOR PLAINTIFFS**

_____
Timothy J. Bomhoff, OBA #13172
MCAFEE & TAFT A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
**ATTORNEYS FOR DEFENDANTS**
**CHESAPEAKE ENERGY CORPORATION and**
**CHESAPEAKE EXPLORATION, L.L.C.**

_____
George S. Corbyn, Jr.
CORBYN HAMPTON BARGHOLS PIERCE, PLLC
211 N. Robinson Ave., Suite 1910
One Leadership Square
Oklahoma City, Oklahoma 73102
**ATTORNEY FOR DEFENDANT**
**TOM L. WARD**

I, DANA BLEVINS, COURT CLERK for STEPHENS COUNTY, OKLA., hereby certify that the foregoing is a true, correct and complete copy of the instrument herewith set out as appears of record in the COURT CLERK'S OFFICE of STEPHENS COUNTY, OKLA.

This _____ day of _____, 20__
DANA BLEVINS, COURT CLERK

2