IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE ANADARKO BASIN OIL AND GAS LEASE ANTITRUST LITIGATION | Case No.:  16-cv-209-HE |

**ORDER GRANTING PLAINTIFFS' AGREED MOTION
FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND
<u>LIAISON COUNSEL FOR THE PROPOSED CLASS</u>**

Having considered Plaintiffs' motions for appointment of Interim Co-Lead Counsel and Liaison Counsel and the accompanying memoranda [Docs. # 36, 37, 68, 81, 82, 90, 96, 130 and 131], and being further advised at the March 21, 2017 status conference of Plaintiffs' compromise agreement with respect to the same, the Court hereby **ORDERS** pursuant to Federal Rule of Civil Procedure 23(g)(3) that the following attorneys shall serve as Interim Co-Lead Counsel for the proposed Class:

- Warren T. Burns, Burns Charest LLP;
- Terrell W. Oxford, Susman Godfrey LLP;
- Christopher J. Cormier, Cohen Milstein Sellers & Toll PLLC; and
- Todd M. Schneider, Schneider Wallace Cottrell Konecky Wotkyns, LLP.

Interim Co-Lead Counsel for the proposed Class shall be solely responsible for coordinating and organizing the litigation on behalf of the proposed Class in the conduct of this litigation and, in particular, shall have the following responsibilities:

a) To brief and argue motions and file opposing briefs in proceedings initiated by other parties;

b) To initiate and conduct discovery proceedings;

c) To act as spokespersons at pretrial conferences;

d) To negotiate with defense counsel with respect to settlement and other matters;

e) To appoint a Plaintiffs' Executive Committee to perform tasks at the direction of Interim Co-Lead Counsel;

f) To call meetings of plaintiffs' counsel when appropriate;

g) To make all work assignments to plaintiffs' counsel to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort;

h) To conduct trial and post-trial proceedings;

i) To consult with and employ experts;

j) To allocate any Court awarded fees and reimbursement of disbursements amongst plaintiffs' counsel after settlement or judgment;

k) To perform such other duties and undertake such other responsibilities as they deem necessary or desirable; and

l) To coordinate and communicate with defense counsel with respect to matters addressed in this paragraph.

The Court further **ORDERS** that Larry D. Lahman of Mitchell DeClerck PLLC shall serve as Liaison Counsel for the proposed Class. Liaison Counsel for the proposed Class shall be responsible for performing, on behalf of all Class counsel, administrative matters such as communications with clerical staff of the Court and with other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the

group to the extent such documents are not served via the Court's electronic case filing program), advising parties of developments in the case, and otherwise assisting in the coordination of activities and positions in the litigation.

No motion, request for discovery, or other pre-trial proceedings shall be initiated or filed by any Class Plaintiff in any consolidated Action except through Interim Co-Lead Counsel for the proposed Class.

All plaintiffs' counsel in the consolidated Actions, and in subsequently consolidated or coordinated cases, shall keep contemporaneous time records. In such manner as Interim Co-Lead Counsel for the proposed Class shall require, all plaintiffs' counsel shall periodically submit summaries or other records of time and expenses to Interim Co-Lead Counsel. Failure to provide such documents and data on a timely basis may result in the Court's failure to consider non-compliant counsel's application for fees and expenses should this litigation be resolved successfully for Plaintiffs.

The Liaison Counsel as set forth herein shall provide a copy of this Order to all counsel of record in each of the consolidated Actions.

The appointments made in this Order shall continue until further order of the Court.

**IT IS SO ORDERED**.

Dated this 3rd day of April, 2017.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE