IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE: ANADARKO BASIN OIL AND  )   NO.  CIV-16-0209-HE
GAS LEASE ANTITRUST LITIGATION )   (Consolidated Case Number)

### ORDER

The parties' joint motion to amend/correct, filed November 27, 2018, [Doc. #223], is set for hearing on **Friday, December 7, 2018, at 10:00 a.m**., in Chambers. In advance of the hearing, the parties should carefully review the proposed order and notices with these concerns in mind:  one possibility confronting prospective class members is <u>exclusion from the class</u>.  A second possibility is to remain in the class, but <u>object to the settlement</u>. Paragraph 21 of the long form notice seems to recognize the distinction, but other portions of the notice do not.  [Doc. #223-1] at 6, ¶ 21.  For instance, Paragraph 15 provides that parties can exclude themselves "from the Settlement," or exclude themselves "from the Class," and provides a separate method to accomplish each exclusion.  *See id.* at 5, ¶ 15. This mixes the two concepts and creates potential confusion.  Multiple parts of the notices are likewise affected.  Further, the proposed notice continues to state that to "exclude yourself from the Settlement," presumably meaning exclusion from the class, a person must mail a letter <u>to the Settlement Administrator</u>, contrary to the court's order.  *See id*.

All counsel need not attend; 2-3 attorneys familiar with these drafting issues will suffice.

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE