IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE ANADARKO BASIN OIL AND GAS LEASE ANTITRUST LITIGATION | Case No. CIV-16-209-HE |

**PLAINTIFFS' NOTICE OF AND MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that, on April 25, 2019, at 9:30 a.m. in the United States District Court for the Western District of Oklahoma, 200 N.W. 4th St. Oklahoma City, OK 73102 in the Courtroom of the Honorable Chief Judge Joe Heaton, Rm 3301, Courtroom 301, Plaintiffs will, and hereby do, move the Court, upon Plaintiffs' Memorandum in Support of Motion for Final Approval of Class Action Settlement; the Declaration of Warren T. Burns in support; the Declaration of Markham Sherwood; and all other papers and proceedings herein, Plaintiffs hereby move the Court pursuant to Federal Rule of Civil Procedure 23 for an order entering Final Judgment and granting final approval of the proposed class action settlements with defendants Chesapeake Energy Corp., Chesapeake Exploration, L.L.C., and Tom L. Ward, and their affiliates.

Submitted herewith in support of Plaintiffs' Motion for Final Approval of Class Action Settlement are (i) Plaintiffs' Memorandum in Support; the Declaration of Markham Sherwood; and (iii) the [Proposed] Final Judgment and Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement with defendants

1

Chesapeake Energy Corp., Chesapeake Exploration, L.L.C., and Tom L. Ward, and their affiliates.

| | |
|---|---|
| Dated:     March 21, 2019 | Respectfully submitted, |

/s/ *Warren T. Burns*
Warren T. Burns
Daniel H. Charest
Kyle K. Oxford
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75201
Tel: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com
koxford@burnscharest.com

Christopher Cormier
BURNS CHAREST LLP
5290 Denver Tech Center Parkway
Suite 150
Greenwood Village, Colorado 80111
Tel: (720) 630-2092
ccormier@burnscharest.com

/s/ *Terrell W. Oxford*
Terrell W. Oxford
Shawn Raymond
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Tel: (713) 651-9366
toxford@susmangodfrey.com

William C. Carmody
Arun Subramanian
SUSMAN GODFREY LLP
560 Lexington Avenue, 5th Floor
New York, NY 1002-6828
Tel: (212) 336-8330
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com

/s/ *Richard A. Koffman*
Richard A. Koffman
Robert W. Cobbs
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Avenue, NW, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
rkoffman@cohenmilstein.com
rcobbs@cohenmilstein.com

/s/ *Todd M. Schneider*
Todd M. Schneider
Jason Kim
Kyle G. Bates
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS, LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
TSchneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com

*Co-Lead Counsel for the Proposed Settlement Class*

/s/ *Larry D. Lahman*
Larry D. Lahman
Michael E. Kelly
Carol Hambrick Lahman
MITCHELL DECLERCK
202 West Broadway Avenue
Enid, Oklahoma 73701
Tel: (800) 287-5144
Fax: (580) 234-8890

*Liaison Counsel for the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was duly served electronically on all known counsel of record through the Court's Electronic Filing System on March 21, 2018.

By: /s/ *Warren T. Burns*
Warren T. Burns